| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gordon, Leo M. | 2. Court or Organization U.S. Court of International Trade | 3. Date of Report 05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Court of International Trade - Active | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Board - Emory University School of Law - Atlanta, GA |
| 2. | Trustee | Hebrew Free Loan of New Jersey - Florham Park, NJ |
| 3. | Director | Federal Judges Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | |
| 2. | 2016 | NJ Division of Pension & Benefits - Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Canadian International Trade Tribunal | 01/28/16-01/30/16 | Ottawa, CA | Advising Canadian International Trade Tribunal on Electronic Case Filing | Transportation, lodging, and meals |
| 2. | Georgtown Law Center | 02/24/16-02/26/16 | Washington, D.C. | Georgetown's Inernational Trade Update (ITU) 2016 | Transportation, lodging, and meals |
| 3. | Emory University School of Law | 03/03/16 | Atlanta, GA | Emory University School of Law Lecture Customs Law and Administration Classes | Transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gordon, Leo M. | 05/12/2017 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 4. | Emory University School of Law | 03/17/16 | Atlanta, GA | Emory University School of Law Lecture Customs Law and Administration Classes | Transportation |
| 5. | Georgetown Law Center | 05/13/16 | Washington, D.C. | Georgetown ITU 2017 Planning Committee Meeting | Transportation |
| 6. | Georgetown Law Center | 06/24/16 | Washington, D.C. | Georgetown ITU 2017 Planning Committee Meeting | Transportation and parking |
| 7. | Tau Epsilon Phi Fraternity, Inc | 07/21/16-07/24/16 | Orlando, FL | Grand Chancellor for Biennial Convention for Tau Epsilon Phi Fraternity | Transportation, lodging, and meals |
| 8. | Academy for the Interchange and Study of Judicial Matters | 09/14/16-09/15/16 | Washington, D.C. | Academy for the Interchange and Study of Judicial Matters - Visit to Court of Federal Claims | Transportation and meals |
| 9. | Case Western Reserve Univeristy School of Law | 10/27/16-10/28/16 | Cleveland, OH | Case Western Reserve Univeristy School of Law Customs and Trade Law Seminar | Transportation, lodging, and meals |
| 10. | Catholic University of Lyon Law School | 11/13/16-11/18/16 | Lyon, FRA | Trade in Services Classes | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student Loans | K |
| 2. | Chase Card Services | Credit Card | J |
| 3. | Bank of America | Credit Card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | VOYA SECUIRTY LIFE - WHOLE LIFE INSURANCE POLICY | A | Interest | J | T | | | | | |
| 2. | TRANSAMERICA LIFE INS CO - WHOLE LIFE INS POLICY | A | Interest | J | T | | | | | |
| 3. | U.S. TREASURY HH BONDS (Y) | | | | | | | | | |
| 4. | BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 5. | FRANKLIN TEMPLETON HIGH INCOME TR FUND CL A - MUTUAL FUND (FHAIX) | A | Dividend | J | T | | | | | |
| 6. | AMERICAN FUNDS - WASHINGTON MUTUAL INVESTORS FUND CL A (AWSHX) | A | Dividend | J | T | | | | | |
| 7. | VERIZON COMMUNICATIONS INC (VZ) | A | Dividend | J | T | | | | | |
| 8. | BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 9. | UBS BANK USA DEPOSIT ACCOUNT (Y) | | | | | | | | | |
| 10. | AMERIPRISE CASH | A | Dividend | K | T | Open | 08/24/16 | K | | |
| 11. | APPLE - COMMON STOCK (AAPL) | B | Dividend | K | T | | | | | |
| 12. | VISA INC - COMMON STOCK (V) | A | Dividend | L | T | | | | | |
| 13. | DISNEY - COMMON STOCK (DIS) | A | Dividend | K | T | | | | | |
| 14. | FRANKLIN TEMPLETON - TEMP CLASS A - WORLD FUND - MUTUAL FUND (TEMWX) | A | Dividend | K | T | | | | | |
| 15. | LULULEMON ATHLETICA INC FR: UBS FINANCIAL SERVICES (LULU) | | None | | | Buy | 01/22/16 | J | | |
| 16. | | | | | | Sold | 10/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA #1 (H) | | | | | | | | | |
| 18. CALAMOS INVESTMENT TRUST NEW GROWTH FUND - MUTUAL FUND (CGRIX) | | None | J | T | | | | | |
| 19. CALAMOS INVESTMENT TRUST NEW CONVERTIBLE FUND - MUTUAL FUND (CICVX) | A | Dividend | J | T | | | | | |
| 20. KINETICS MUTUAL FUND INC - PARADIGM FUND - MUTUAL FUND (KNPYX) | | None | J | T | | | | | |
| 21. WELL FARGO ADVANTAGE EMERGING MARKETS - EQUITY FUND MUT FUND (EMGNX) | A | Dividend | J | T | | | | | |
| 22. SHELTON INTL SELECT EQUITY CL 1 (WHVIX) | | None | | | Sold | 08/24/16 | J | | |
| 23. PIMCO REAL RETURN BOND (PRRIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: Corporate name change; see 2015, line 4.
Part VII, line 22: Corporate name change; see 2015, line 25.

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo M. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544